UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------------------
CERTAIN UNDERWRITERS AT LLOYD'S
OF LONDON SUBSCRIBING TO CONTRACT
NO. B0621MASRPM17BND, CERTIFICATE
NO. PTH-1760303, a/s/o STEPHEN RAK,

                Plaintiff,

v.

BREWER FERRY POINT MARINA, INC.,
SHM FERRY POINT, LLC and SAFE HARBOR
MARINAS, LLC,

                Defendants.
----------------------------------------------------------------

20-CV-01099 (JCH)

October 19, 2020

## **DEFENDANTS' AMENDED ANSWER TO COMPLAINT WITH AFFIRMATIVE DEFENSES**

Defendants, SHM Ferry Point, LLC and Safe Harbor Marinas, LLC, by and through their attorneys, Tisdale Law Offices, LLC, on written consent from all Parties pursuant to Federal Rule of Civil Procedure 15(a)(2) amend their Answer to the Complaint dated August 3, 2020, as follows:

1. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the first paragraph of the Complaint.

2. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the second paragraph of the Complaint.

3. Admit venue is proper within the United States District Court for the District of Connecticut but, except as so admitted, deny the allegations contained in the third paragraph of the Complaint.

4. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the fourth paragraph of the Complaint.

## PARTIES

5. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the fifth paragraph of the Complaint.

6. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the sixth paragraph of the Complaint.

7. Deny the allegations contained in Paragraph 7 of the Complaint.

8. Admit the allegations contained in Paragraph 8 of the Complaint.

9. Admit at all times material to this action, Safe Harbor is and was a limited liability company organized under the laws of the State of Delaware but, except as so admitted, deny the allegations contained in the ninth paragraph of the Complaint.

10. Deny Paragraph 10 as phrased since it calls for a pure legal conclusion.

## FACTUAL ALLEGATIONS

11. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the eleventh paragraph of the Complaint.

12. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the twelfth paragraph of the Complaint.

13. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the thirteenth paragraph of the Complaint.

14. Admit the allegations contained in Paragraph 14 of the Complaint.

15. Admit the allegations contained in Paragraph 15 of the Complaint.

16. Deny the allegations contained in Paragraph 16 of the Complaint.

17. Admit only that Mr. Rak requested the Vessel to be launched, deny the remainder of the allegations in Paragraph 17.

18. Admit only that the Vessel was launched, except as so admitted, deny the allegations contained in the eighteenth paragraph of the Complaint.

19. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the nineteenth paragraph of the Complaint.

20. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the twentieth paragraph of the Complaint.

21. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-first paragraph of the Complaint.

22. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-second paragraph of the Complaint.

23. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-third paragraph of the Complaint.

24. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-fourth paragraph of the Complaint.

25. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-fifth paragraph of the Complaint.

26. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-sixth paragraph of the Complaint.

27. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-seventh paragraph of the Complaint.

28. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-eighth paragraph of the Complaint.

29. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-ninth paragraph of the Complaint.

## COUNT I - NEGLIGENCE

30. Defendants reaffirm and reallege each and every response and allegation set forth in paragraphs 1-29 of the Complaint as if set forth fully at length herein.

31. Deny the allegations contained in the thirty-first paragraph of the Complaint.

32. Deny the allegations contained in the thirty-second paragraph of the Complaint.

33. Deny the allegations contained in the thirty-third paragraph of the Complaint.

34. Deny the allegations contained in the thirty-fourth paragraph of the Complaint.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

1. Plaintiff is not a real party in interest.

## SECOND AFFIRMATIVE DEFENSE

2. Plaintiff failed to mitigate its damages.

## THIRD AFFIRMATIVE DEFENSE

3. The Plaintiff's claim is barred by the applicable statute of limitations and/or the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

4. Plaintiff or Plaintiff's agent was contributorily and/or comparatively negligent in causing the alleged damages.

## FIFTH AFFIRMATIVE DEFENSE

5. Plaintiff's alleged damages, which are denied, were caused by an intervening / superseding cause or actor, which this answering defendant did not control and could not have foreseen.

## SIXTH AFFIRMATIVE DEFENSE

6. Personal jurisdiction over Safe Harbor Marinas, LLC is lacking.

## SEVENTH AFFIRMATIVE DEFENSE

7. The Summer Slip Contract signed by Mr. Rak incorporates the General Marina Rules and Conditions. The Rules and Conditions contain, inter alia, a waiver of subrogation clause, release, and indemnity.

Dated: October 19, 2020
      Southport, CT

                          Attorneys for the Defendants,

             By:      /s/ Timothy J. Nast
                        Timothy J. Nast
                        Tisdale Law Offices, LLC
                        10 Spruce Street
                        Southport, CT 06890
                        Tel:   203-254-8474
                        Fax:  203-254-1641
                        *tnast@tisdale-law.com*

**CERTIFICATION OF SERVICE**

  I hereby certify that on October 19, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.

               /s/ Timothy J. Nast
              Timothy J. Nast