UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------
CERTAIN UNDERWRITERS AT LLOYD'S
OF LONDON SUBSCRIBING TO CONTRACT
NO. B0621MASRPM17BND, CERTIFICATE
NO. PTH-1760303, a/s/o STEPHEN RAK,

     20-CV-01099 (JCH)

  Plaintiff,

v.

BREWER FERRY POINT MARINA, INC.,
SHM FERRY POINT, LLC and SAFE HARBOR
MARINAS, LLC,

  Defendant

v.

OFFSHORE NORTHEAST, LLC

  Third-Party Defendant
---------------------------------------------------------------

### DEFENDANT SHM FERRY POINT, LLC'S ANSWER TO OFFSHORE NORTHEAST, LLC'S COUNTER-CLAIMS

  Defendant, SHM Ferry Point, LLC, by and through its attorneys, Tisdale Law Offices, LLC, Answer to Offshore Northeast, LLC's Counter-Claims dated October 14, 2020 states as follows:

### COUNTER-CLAIM FOR INDEMNITY

  Denies the allegations contained in Offshore Northeast, LLC's Counter-Claim for Indemnity against Defendant SHM Ferry Point, LLC.

### COUNTER-CLAIM FOR CONTRIBUTION

  Denies the allegations contained in Offshore Northeast, LLC's Counter-Claim for Contribution against Defendant SHM Ferry Point, LLC.

## **AFFIRMATIVE DEFENSES**

SHM Ferry Point, LLC adopts the affirmative defenses asserted in its Amended Answer to Plaintiff's Complaint insofar as they apply to Offshore Northeast, LLC's Counter-Claims.

| | |
|---|---|
| Dated: November 4, 2020<br>Southport, CT | Attorneys for the Defendant,<br>SHM Ferry Point, LLC, |
| | By: /s/ Timothy J. Nast<br>Timothy J. Nast<br>Tisdale Law Offices, LLC<br>10 Spruce Street<br>Southport, CT 06890<br>Tel:   203-254-8474<br>Fax:   203-254-1641<br>*tnast@tisdale-law.com* |

**CERTIFICATION OF SERVICE**

I hereby certify that on November 4, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                    /s/ Timothy J. Nast
                                        Timothy J. Nast