AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| Certain Underwriters at Lloyd's of London ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   3:20-cv-01099-JCH |
| Brewer Ferry Point Marina, Inc., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Offshore Northeast, LLC

Date:   11/16/2020

*Attorney's signature*

James E. Mercante (ct30007)
*Printed name and bar number*

Rubin, Fiorella, Friedman, & Mercante LLP
630 Third Avenue, 3rd Floor
New York, NY 10017

*Address*

jmercante@rubinfiorella.com
*E-mail address*

(212) 953-2381
*Telephone number*

(212) 953-2462
*FAX number*